IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> CARLOS RAFAEL CORTEZ-CORTEZ,) <br> ) <br> Defendant. ) <br> _____) | Case No.  CR 09-087-S-WFN <br><br> **ORDER FOR REMISSION** |

Plaintiff, United States of America, having petitioned for the remission of the Special Assessment balance of $41.62, in the above referenced case, accordingly, it is hereby ORDERED that the government's petition to remit the Special Assessment (Dkt. 23) is **GRANTED**.

DATED:  **September 20, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court